# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

157820

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MATTHEW DONALD GILLIES,
      Defendant-Appellant.

SC: 157820
COA: 342182
Allegan CC: 16-020482-FH

_____/

By order of October 2, 2018, the application for leave to appeal the March 28, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Carter* (Docket No. 156606). On order of the Court, the case having been decided on May 7, 2019, 503 Mich 221 (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the defendant was properly assigned 25 points under Offense Variable 12 (OV 12), MCL 777.42. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk

t0911